**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID SEBISKVERADZE,** | **:** | |
| *Petitioner,* | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL NO. 26-4321** |
| | **:** | |
| **J.L. JAMISON et al.,** | **:** | |
| *Respondents.* | **:** | |

## ORDER

**AND NOW,** this **29th** day of **June 2026,** upon consideration of David Sebiskveradze's

Petition for a Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the Petition is

**GRANTED**. It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. Sebiskveradze from custody immediately and file a certificate of compliance on the docket no later than 5:00 p.m. on June 29, 2026.

2. The Government is enjoined from detaining Mr. Sebiskveradze under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

*/S/ Kai N. Scott*

**HONORABLE KAI N. SCOTT
United States District Court Judge**